UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, JR., | No. 2:25-cv-1151 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed an action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1]  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, the required filing fees in the amount of $405.00; and

/////

/////

/////

/////

---

[1] Because plaintiff has "struck out" under 42 U.S.C. § 1915(g), he is not permitted to proceed in forma pauperis.  See Petillo v. Donovan Prison, 3:23-cv-2038 RSH AHG (S.D. Cal.).

1

    2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 2, 2025

                                                        _/s/ Carolyn K. Delaney_  
                                                        CAROLYN K. DELANEY  
                                                        UNITED STATES MAGISTRATE JUDGE

1  
peti2286.fee